UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------x
RHONDINE MELENDEZ, on behalf of herself and all others similarly situated,

                                         Plaintiff,

   -v.-

EDGARD EL CHAAR DDS, PC.

                                         Defendants.
---------------------------------------------------------------

Civil Action No: 1:23-cv-8712

## **JOINT STIPULATION OF DISMISSAL**

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff and the Defendant, Edgard El Chaar DDS, PC., that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, that this action is dismissed with prejudice and without costs to either party pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure.

**Dated:** July 16, 2024

| For Plaintiff Rhondine Melendez | For Defendant Edgard El Chaar DDS, PC. |
|---|---|
| *s/Mark Rozenberg* | *s/David Alexander C. Wolf* |
| Mark Rozenberg | David Alexander C. Wolf |
| Stein Saks, PLLC | Landy Wolf PLLC |
| One University Plaza | 270 Madison Ave Suite 1801 |
| Hackensack, NJ 07601 | New York, NY 10024 |
| Ph: (201) 282-6500 | Ph: (212) 682-8510 |
| mrozenberg@steinsakslegal.com | dwolf@landywolf.com |

1

## CERTIFICATE OF SERVICE

I certify that on July 16, 2024, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Mark Rozenberg*
Mark Rozenberg
**Stein Saks, PLLC**
*Attorneys for Plaintiff*